## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JOSE D. MEDRANO,

      Plaintiff,

      v.                                    No. CIV 11-742 BB/KBM

UNITED STATES OF AMERICA,
and LUZ LUJAN-GONZALEZ,

      Defendants.

### STIPULATION OF DISMISSAL

The parties, by their undersigned attorneys, hereby stipulate and agree that this action is dismissed with prejudice, with the parties to bear their own costs.

This Stipulation is entered into in accordance with the provisions of Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

                                    Respectfully submitted,

                                    KENNETH J. GONZALES
                                    United States Attorney

                                    *(signature)*

                                    MICHAEL H. HOSES
                                    Assistant United States Attorney
                                    P.O. Box 607
                                    Albuquerque, NM 87103
                                    (505) 346-7274
                                    michael.hoses@usdoj.gov
                                    For Defendants

                                    *(signature)*

                                    SANTIAGO E. JUAREZ
                                    Attorney at Law
                                    1822 Lomas Blvd., NW
                                    Albuquerque, NM   87104
                                    (505) 246-8499; Fax: (505) 246-8599
                                    For Plaintiff